ANNA WILLIAMS, Appellant, v. THE CITY OF BUFFALO, Respondent.—

Order of dismissal vacated and cause restored to the calendar, upon condition that plaintiff file and serve printed papers by December first, and briefs by December 5, 1917, upon stipulation filed.